
# GOMEZ LLC
### ATTORNEY AT LAW

Julio C. Gomez, Esq.

908.789.1080 Tel
908.789.1081 Fax
jgomez@gomezllc.com

August 25, 2021

<u>VIA CM-ECF</u>
Hon. Zahid N. Quarishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Children's Health Defense, Inc. et al. v. Rutgers, The State University of New Jersey, et al.*
Civ. Case No. 21-15333 (United States District Court, District of New Jersey

Dear Judge Quarishi:

I represent the Plaintiffs in the above-referenced matter against Rutgers, The State University of New Jersey, its Biomedical and Health Sciences School and various university officials. Defendants have been served and counsel for defendants have not entered an appearance yet.

On August 18, 2021, Chief Judge Freda L. Wolfson reassigned this case to Your Honor. (Dkt. 7)

It has been brought to my firm's attention that, Your Honor is currently an Adjunct Professor at Rutgers Law School. *See* https://law.rutgers.edu/directory/view/13820. Since Your Honor may not be aware yet of this reassignment, I am compelled to bring this matter to Your Honor's attention.

Pursuant to 28 U.S.C. §455(a), concerning the disqualification of judges of the United States, "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." The inherent conflict that your position at Rutgers presents, and the reasonable possibility that your impartiality might be questioned by the public if Your Honor presides over a matter against Rutgers, in a case of considerable public importance, compels me to respectfully request that Your Honor consider recusal.

Since it is possible that Your Honor may not have been made aware of the reassignment of this case yet, and the inherent conflict in what is most likely an inadvertence by the Chief Judge, rather than filing a Motion to Compel recusal or for disqualification, I wanted to give Your Honor and the Court an opportunity to address this. Thank you for your prompt attention and time to this delicate matter.

Respectfully submitted,

/s/ Julio C. Gomez
Julio C. Gomez

*[Handwritten: Conference call scheduled for 8/31/29 @ 11AM. Plaintiffs' counsel shall initiate call.]*

So Ordered this **25th** day of **August** , 20**21**

Hon. Zahid N. Quraishi
United States District Judge

1451 COOPER ROAD
SCOTCH PLAINS, NJ 07076