Julio C. Gomez, Esq.
GOMEZ LLC ATTORNEY AT LAW
1451 Cooper Road
Scotch Plains, NJ 07076
Tel 908.789.1080
Fax 908.789.1081
*Attorney for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>*Plaintiffs*,<br><br>-against-<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities.<br><br>*Defendants* | Case No. 3:21-cv-15333 (ZNQ-TJB)<br><br>**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FED. R. CIV. P. 65** |

PLEASE TAKE NOTICE that on Monday, August 30, 2021, or thereafter and as soon as this Court will allow, Plaintiffs Children's Health Defense, Inc. and Adriana Pinto, through their undersigned attorney, shall

make application to this Court for emergency relief pursuant to *Fed. R. Civ. P.* 65 and *L. Civ. R.* 65.1, seeking a temporary restraining order and/or preliminary injunction requiring Defendants to comply with the express terms of their own policy, Rutgers University Policy Section 10.3.14 concerning mandatory requirements and exemptions for COVID-19 vaccination.

Copies of Plaintiffs' moving papers shall have been served on opposing counsel contemporaneously with this notice and with Plaintiffs' application to the Court.

Dated: August 30, 2021  GOMEZ LLC
ATTORNEY AT LAW


By: *s/ Julio C. Gomez*
Julio C. Gomez, Esq.

1451 Cooper Road
Scotch Plains, NJ 07076
Tel 908.789.1080
Fax 908.789.1081
jgomez@gomezllc.com

*Attorney for Plaintiffs*

## CERTIFICATION OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing Notice of Motion For Temporary Restraining Order Pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1, a Legal Memorandum in support of the motion, Declarations of Counsel and Plaintiff Adriana Pinto with supporting exhibits, and a Proposed form of Order on behalf of Plaintiffs Childrens' Health Defense, Inc. and Adriana Pinto with the Clerk of the Court using the CM/ECF system, which shall forward a true copy of same to all counsel and parties participating therein for this matter.

I also certify that on this same date, I served all of the foregoing to the following attorney for Defendants via e-mail:

**Steve Nolan, Esq. (snolan@ogc.rutgers.edu)**
Associate Vice President and Deputy General Counsel
Office of the Senior Vice President and General Counsel
Rutgers, The State University of New Jersey
335 George Street – Suite 2160
New Brunswick, NJ 08901
Tel:848-932-7697

Dated: August 30, 2021                              GOMEZ LLC
                                                    ATTORNEY AT LAW

                                                    By:  _s/ Julio C. Gomez_
                                                         Julio C. Gomez, Esq.