Julio C. Gomez, Esq.
GOMEZ LLC ATTORNEY AT LAW
1451 Cooper Road
Scotch Plains, NJ 07076
Tel 908.789.1080
Fax 908.789.1081
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>*Plaintiffs*,<br><br>-against-<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities.<br><br>*Defendants* | Case No. 3:21-cv-15333 (ZNQ-TJB)<br><br>**DECLARATION OF PLAINTIFF** |

**DECLARATION OF PLAINTIFF ADRIANA PINTO**

Pursuant to 28 U.S.C. § 1746, I, ADRIANA PINTO, of full age certify as follows:

1. I am 22 years old and a lifetime member of Plaintiff Children's Health

1

Defense, Inc., a 501(c)(3) non-profit.

2.  I am also a senior at Rutgers University, majoring in psychology with a minor in education. I need to take one more class to complete the coursework towards my degree and qualify for graduation.

3.  After researching COVID-19 vaccines, I decided not to take them because I believe they would alter my body's natural immunity artificially with unknown and untested chemical substances and technologies that have not been proven to be safe or effective long-term.

4.  I have struggled with my health as a young adult, and must adhere to strict requirements to stay healthy and I do not want to undertake any unknown risk to my health from COVID-19 vaccines. Therefore, in the exercise of my right to informed consent, I have refused treatment with COVID-19 vaccines.

5.  I understand that Rutgers' COVID-19 vaccine policy requires all students returning for the Fall 2021 semester to be vaccinated for COVID-19; however, I also understand that Rutgers' policy exempts certain students from its requirements: (1) students who request and receive a medical exemption; (2) students who request and receive a religious exemption; and (3) students whose entire course of study is fully remote.

6.  I did not request a medical exemption or a religious exemption to Rutgers' policy; instead, I availed myself of the third exemption and enrolled in a

course of study that is fully remote this semester.

7. On or about August 3, 2021, I registered for the last class I need to take, Quantitative Methods; the class is being offered remotely on Tuesdays, Wednesdays and Thursdays.  Students are required to attend this class virtually via Zoom.

8. I elected to take this class remotely to avoid appearing on campus and thus protect myself and others from any infection or transmission of SARS-CoV-2.

9. On or about August 26, 2021, Rutgers blocked access to my Rutgers NetID.rutgers.edu account with an "Action Required" notice, stating that I was not compliant with the Rutgers COVID-19 vaccine mandate.  A true and correct copy of that notice is attached as Exhibit A; a true and correct copy of an email received from Rutgers regarding this matter is attached as Exhibit B.  Unless I upload evidence of COVID-19 vaccination I cannot access my account.  The block on my account prevents me from accessing any Rutgers online service, including my email, my class schedule, and my degree requirements.  As a result of the block on my account, I cannot access a program called "SAKAI" which is needed to log into Zoom and attend my class.

10. If the block on my account is not lifted, I will not be able to attend class on the first day of the semester, Wednesday, September 1, 2021.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2021

_____
Adriana Pinto