UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>    *Plaintiffs*,<br><br>  -against-<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities.<br><br>    *Defendants* | Case No. 3:21-cv-15333 (ZNQ-TJB) |

## ORDER [PROPOSED FORM]

On motion for emergency relief by Plaintiffs Children's Health Defense, Inc. and Adriana Pinto, pursuant to *Fed. R. Civ. P. 65* and for good cause shown, it is on this ___ day of August, 2021,

HEREBY ORDERED that Defendants shall be required to maintain the status quo, follow the express terms of Rutgers University Policy Section 10.3.14, and exempt Ms. Pinto and other students enrolled in fully-remote classes from COVID-19 vaccination;

ORDERED that Defendants lift all blocks on Ms. Pinto's NetID Rutgers.edu account; and

ORDERED that Defendants allow Ms. Pinto to attend her class, Quantitative Methods, or any other class offered remotely, without COVID-19 vaccination, during the pendency of this action.

_____
The Honorable Zahid N. Quraishi, U.S.D.J.