**FAEGRE DRINKER BIDDLE & REATH, LLP**
Jeffrey S. Jacobson
Andrew B. Joseph
Kristen N. Roshto
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
Kristen.Roshto@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>Plaintiffs,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities,<br><br>Defendants. | Civil Action No. 3:21-cv-15333-ZNQ-TJB<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE**<br><br>(Document Filed Electronically) |

**PLEASE TAKE NOTICE THAT**, Kristen N. Roshto, an attorney at Faegre Drinker Biddle & Reath LLP and a member of the bar of the United States District Court for the District of New Jersey, hereby enters my appearance as counsel on behalf of the Defendants Rutgers,

The State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway and further requests that copies of all papers with respect to this action be served upon me.

Dated:  August 31, 2021   Respectfully,

*/s/ Kristen N. Roshto*
Kristen N. Roshto
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000 (tel.)
(973) 360-9831 (fax)
Kristen.Roshto@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*