Julio C. Gomez, Esq.
GOMEZ LLC ATTORNEY AT LAW
1451 Cooper Road
Scotch Plains, NJ 07076
Tel 908.789.1080
Fax 908.789.1081
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>*Plaintiffs*,<br><br>-against-<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities.<br><br>*Defendants* | Case No. 3:21-cv-15333 (ZNQ-TJB)<br><br>**NOTICE OF MOTION FOR RECUSAL**<br><br>**PURSUANT TO 28 U.S.C. § 455(a)** |

PLEASE TAKE NOTICE that on Friday, September 3, 2021, or thereafter and as soon as this Court will allow, Plaintiffs Children's Health Defense, Inc., Peter Cordi, Raelynne Miller, Kayla Mateo, Adriana

Pinto, Jake Bothe and DOES 1-13, through their undersigned attorney, shall make application to this Court for recusal pursuant to 28 U.S.C. § 455(a).

Copies of Plaintiffs' moving papers shall have been served on opposing counsel contemporaneously with this notice and with Plaintiffs' application to the Court.

Dated: September 3, 2021

GOMEZ LLC
ATTORNEY AT LAW

By:   *s/ Julio C. Gomez*
      Julio C. Gomez, Esq.

1451 Cooper Road
Scotch Plains, NJ 07076
Tel 908.789.1080
Fax 908.789.1081
jgomez@gomezllc.com

*Attorney for Plaintiffs*

3

## CERTIFICATION OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing Notice of Motion For Recusal Pursuant to 28 U.S.C. 455(a), a Legal Memorandum in support of the motion, a Declaration of Counsel with supporting exhibits, and a Proposed form of Order on behalf of Plaintiffs with the Clerk of the Court using the CM/ECF system, which shall forward a true copy of same to all counsel and parties participating therein for this matter.

Dated: September 3, 2021                     GOMEZ LLC
                                             ATTORNEY AT LAW

                                             By:  *s/ Julio C. Gomez*
                                                     Julio C. Gomez, Esq.