## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 21-15333 (ZNQ) (TJB)<br><br>**ORDER** |

　　　　For the reasons set forth in the Opinion filed yesterday:

　　　　**IT IS** on this **14th** day of **September 2021**,

　　　　**ORDERED** that the Motion for Recusal (ECF No. 17.) is hereby **DENIED**; and it is further

　　　　**ORDERED** that this matter will remain assigned to the undersigned.

　　　　　　　　　　　　　　　　　　　　　　　　　　 s/ Zahid N. Quraishi
　　　　　　　　　　　　　　　　　　　　　　　　　**HON. ZAHID N. QURAISHI**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**