

GOMEZ LLC
ATTORNEY AT LAW

Julio C. Gomez, Esq.

908.789.1080 Tel
908.789.1081 Fax
jgomez@gomezllc.com

September 16, 2021

**Via CM-ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Children's Health Defense, Inc. et al. v. Rutgers, The State University of New Jersey, et al.*
      *Civ. Case No. 3:21-cv-15333 (United States District Court, District of New Jersey)*

Dear Judge Quraishi:

As you know I represent the Plaintiffs in the above-referenced matter.  I write to respectfully request an extension of time until Monday, September 20, 2021, to file Plaintiffs' reply brief on the pending application for temporary restraints (Dkt. No. 10).  Defendants' counsel has directed me to communicate to you that Rutgers takes no position on this request.

Defendants filed a 29-page opposition to Plaintiffs' application on Tuesday, September 14, 2021 (Dkt. 20).  The opposition cites dozens of legal authorities which I am still reviewing, and it requires additional legal research, including research of history that is taking longer than expected because the materials I need are not available in online databases (e.g. Westlaw).

In light of Your Honor's recent admonition (Dkt. No. 19, pp. 9-10) and my duty to the Court and my clients, I am requesting this brief extension of time to complete my research and complete a proper reply.

Thank you for your time and attention to this request.

Respectfully submitted,

*/s/ Julio C. Gomez*
Julio C. Gomez

cc:      Counsel of Record (via CM-ECF)

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 9/17/2021

1451 COOPER ROAD
SCOTCH PLAINS, NJ 07076