**FAEGRE DRINKER BIDDLE & REATH, LLP**
Jeffrey S. Jacobson
Andrew B. Joseph
Kristen N. Roshto
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
Kristen.Roshto@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>Plaintiffs,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities,<br><br>Defendants. | Civil Action No. 3:21-cv-15333-ZNQ-TJB<br><br>Civil Action<br><br>(Document Filed Electronically)<br><br>**NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' REQUEST THAT THE COURT CONSIDER ITS SUR-REPLY** |

**PLEASE TAKE NOTICE** that Defendants Rutgers, the State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway

("Defendants") shall move before the Honorable Zahid N. Quraishi, U.S.D.J. for an order stating that the Court will consider the enclosed brief sur-reply in further support of Defendants' opposition to Plaintiff's Motion for Injunctive Relief.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendants will rely on the accompanying memorandum and all filings, records, and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: September 22, 2021                Respectfully submitted,

 */s/ Jeffrey S. Jacobson*
Jeffrey S. Jacobson
Andrew B. Joseph
Kristen N. Roshto
**FAEGRE DRINKER BIDDLE & REATH, LLP**
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
Kristen.Roshto@faegredrinker.com