UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHILDREN'S HEALTH DEFENSE, INC., *et al.*,

        Plaintiffs,

        v.

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,

        Defendants.

Civil Action No. 21-15333 (ZNQ) (TJB)

**ORDER**

For the reasons set forth in the accompanying Opinion filed herewith:

**IT IS** on this **27th day** of **September 2021**,

**ORDERED** that Plaintiffs' Motion seeking a Temporary Restraining Order (ECF No. 10) is hereby **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Defendants shall respond to the Complaint by no later than October 29, 2021.

                        s/ Zahid N. Quraishi
                        **HON. ZAHID N. QURAISHI**
                        **UNITED STATES DISTRICT JUDGE**