**FAEGRE DRINKER BIDDLE & REATH, LLP**
Jeffrey S. Jacobson
Andrew B. Joseph
Kristen N. Roshto
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
Kristen.Roshto@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>Plaintiffs,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities,<br><br>Defendants. | Civil Action No. 3:21-cv-15333-ZNQ-TJB<br><br>Civil Action<br><br>(Document Filed Electronically)<br><br>**NOTICE OF MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 10(a)**<br><br>**Return Date:** November 1, 2021<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on November 1, 2021 or as soon thereafter

as counsel may be heard, Defendants Rutgers, The State University of New Jersey,

Board of Governors, Rutgers, School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway ("Defendants"), shall move at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Trenton, NJ 08608,[1] for an Order to compel the Doe Plaintiffs to Comply with Fed. R. Civ. P. 10(a).

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendants will rely on the accompanying memorandum of law and all filings, records, and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: October 8, 2021                Respectfully submitted,

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
Andrew B. Joseph
Kristen N. Roshto
**FAEGRE DRINKER BIDDLE & REATH, LLP**
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
Kristen.Roshto@faegredrinker.com

---

[1] Alternatively, such hearing may be held by virtual means should this Court so order.