**FAEGRE DRINKER BIDDLE & REATH, LLP**
Jeffrey S. Jacobson
Andrew B. Joseph
Kristen N. Roshto
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
Kristen.Roshto@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13, <br><br> Plaintiffs, <br><br> v. <br><br> RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities, <br><br> Defendants. | Civil Action No. 3:21-cv-15333-ZNQ-TJB <br><br> Civil Action <br><br> (Document Filed Electronically) <br><br> **STIPULATION AND  ORDER** |

It is hereby stipulated and agreed by and between the attorneys for Plaintiffs Children's

Health Defense, Inc., Peter Cordi, Raelynne Miller, Kayla Mateo, Adriana Pinto, Jake Bothe, and

Does 1-13 ("Plaintiffs"), and Defendants Rutgers, The State University of New Jersey, Board of Governors, Rutgers, School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway ("Defendants") that Plaintiffs will file an amended complaint by **October 19, 2021**.

The parties also propose the following briefing schedule for Defendants' anticipated motion to dismiss the amended complaint:

1.      Defendants will file the motion to dismiss by **November 19, 2021**;

2.      Plaintiffs will oppose the motion to dismiss by **December 31, 2021**;

3.      Defendants will reply to Plaintiffs' opposition by **January 14, 2022**.

Separately, Defendants anticipate filing a motion requiring any and all "Doe" plaintiffs to comply with Fed. R. Civ. P. 10(a) (*i.e.,* to sue in their real names).  That motion is unaffected by this stipulation and will briefed in the regular course.

**GOMEZ LLC ATTORNEY AT LAW**

By: /s/ _____

Julio C. Gomez

Dated: October 6, 2021


**FAEGRE DRINKER BIDDLE & REATH, LLP**

By: /s/ Jeffrey S. Jacobson _____

Jeffrey S. Jacobson

Dated: October 6, 2021


SO ORDERED this _12th_ day of _October_ 2021.

_____

Hon. Zahid N. Quraishi, U.S.D.J.

2