**FAEGRE DRINKER BIDDLE & REATH, LLP**
Jeffrey S. Jacobson
Andrew B. Joseph
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>Plaintiffs,<br><br>v.<br><br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities,<br><br>Defendants. | Civil Action No. 3:21-cv-15333-ZNQ-TJB<br><br>Civil Action<br><br>**NOTICE OF REQUEST TO WITHDRAW AS COUNSEL**<br><br>(Document Filed Electronically) |

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 102.1, Kristen N. Roshto of Faegre Drinker Biddle & Reath LLP, who previously noted her appearance on behalf of Defendants Rutgers, The State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway in

the above-captioned action (ECF No. 13), hereby requests the Court's permission to withdraw as attorney for Defendants Rutgers, The State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway.

**PLEASE TAKE FURTHER NOTICE THAT** Jeffrey S. Jacobson and Andrew B. Joseph of Faegre Drinker Biddle & Reath LLP will remain as counsel to Defendants Rutgers, The State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway.

| | |
|---|---|
| */s/ Jeffrey S. Jacobson* | */s/ Kristen N. Roshto* |
| Jeffrey S. Jacobson | Kristen N. Roshto |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 600 Campus Drive | 600 Campus Drive |
| Florham Park, New Jersey 07932 | Florham Park, New Jersey 07932 |
| (973) 549-7000 (tel.) | (973) 549-7000 (tel.) |
| (973) 360-9831 (fax) | (973) 360-9831 (fax) |
| Jeffrey.Jacobson@faegredrinker.com | Kristen.Roshto@faegredrinker.com |
| *Attorneys for Rutgers, The State University of New Jersey, et al.* | *Attorneys for Rutgers, The State University of New Jersey, et al.* |
| | |
| Dated: October 18, 2021 | Dated: October 18, 2021 |

It is on this _____ day _____, 2021

SO ORDERED by

_____

Hon. Tonianne J. Bongiovanni