IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, ANTHONY LAMANCUSA, JESSICA MOORE, RYAN SANDOR, GIANNA CORALLO, AND RYAN FARRELL, AND DOES 2, 3, 6, 7, 9, AND 13,<br><br>Plaintiffs,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities,<br><br>Defendants. | Civil Action No. 3:21-cv-15333-ZNQ-TJB<br><br>Civil Action<br><br>(Document Filed Electronically)<br><br><br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been brought before the Court by way of Defendants' Rutgers, The State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway ("Defendants") Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6); and the Court having considered the papers filed in support of and in opposition to that Motion, if any, and any arguments of counsel; and for good cause shown, IT IS on this _____ day of _____, 2022,

**ORDERED** that Defendants' Motion is hereby **GRANTED**.

_____
Hon.