

Julio C. Gomez, Esq.

908.789.1080 Tel
908.789.1081 Fax
jgomez@gomezllc.com

December 15, 2021

<u>Via CM-ECF</u>
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   <u>*Children's Health Defense, Inc. et al. v. Rutgers, The State University of New Jersey, et al.*
Civ. Case No. 3:21-cv-15333 (United States District Court, District of New Jersey)</u>

Dear Judge Quraishi:

I represent the Plaintiffs in the above-referenced matter. I write to respectfully request an extension of the current briefing schedule concerning Defendants' Motion to Dismiss (Dkt. No. 39).

Work in other matters has complicated my schedule as the year draws to a close; I have conferred with Defendants' counsel, Mr. Jeffrey S. Jacobson, and he has directed me to communicate to you that Rutgers does not oppose Plaintiffs' opposition being due on January 11, 2022, and Defendants' reply being due on January 31, 2022.

Thank you for your time and attention to this request.

Respectfully submitted,

<u>/s/ Julio C. Gomez</u>
Julio C. Gomez

cc:   Counsel of Record (via CM-ECF)

1451 Cooper Road
Scotch Plains, NJ 07076