Julio C. Gomez, Esq.
GOMEZ LLC ATTORNEY AT LAW
1451 Cooper Road
Scotch Plains, NJ 07076
Tel 908.789.1080
Fax 908.789.1081
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13, <br><br> *Plaintiffs*, <br><br> -against- <br><br> RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities. <br><br> *Defendants* | Case No. 3:21-cv-15333 (ZNQ-TJB) <br><br> **DECLARATION OF COUNSEL** |

**DECLARATION OF COUNSEL JULIO C. GOMEZ**

Pursuant to 28 U.S.C. § 1746, I, **JULIO C. GOMEZ**, of full age certify as follows:

1. I am a solo practitioner for the firm GOMEZ LLC Attorney At Law,

counsel for Plaintiffs in the above-captioned matter. I make this certification in order to place certain information and documents before the Court in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2. Attached hereto are true and correct copies of the following documents:

**TAB  DESCRIPTION**

A  Rutgers University Policy section 10.3.14, entitled, "Interim COVID-19 Immunization Record Requirement for Students" (the "Policy"), revised 11/02/2021.

B  FDA Briefing Document, Pfizer BioNTech COVID 19 Vaccine, Vaccines and Related Biological Products Advisory Committee Meeting, December 10, 2020.

C  21 N.J.R. 3585-3688, New Jersey Register, Volume 21, Number 22 (November 20, 1989).

D  22 N.J.R. 1011-1182, New Jersey Register, Volume 22, Number 7 (April 2, 1990).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2022              *s/ Julio C. Gomez*
                                          Julio C. Gomez