

Julio C. Gomez, Esq.

908.789.1080 Tel
908.789.1081 Fax
jgomez@gomezllc.com

February 4, 2022

**VIA CM-ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**   *Children's Health Defense, Inc. et al. v. Rutgers, The State University of New Jersey, et al.*
       Civ. Case No. 3:21-cv-15333 (United States District Court, District of New Jersey)

Dear Judge Quraishi:

Defendants' Motion to Dismiss is fully briefed (Dkt. Nos. 39-43).

Plaintiffs now write to request oral argument to synthesize the parties' positions and address any questions the Court may have before rendering a decision.

Thank you for your time and attention.

Respectfully submitted,

*/s/ Julio C. Gomez*
Julio C. Gomez

cc:     Counsel of Record (via CM-ECF)

1451 COOPER ROAD
SCOTCH PLAINS, NJ 07076

Recipient's Name
Date
Page 2 of 2