**FAEGRE DRINKER BIDDLE & REATH, LLP**
Jeffrey S. Jacobson
Andrew B. Joseph
W. Joshua Lattimore
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
Joshua.Lattimore@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, ANTHONY LAMANCUSA, JESSICA MOORE, RYAN SANDOR, GIANNA CORALLO, RYAN FARRELL, AND DOES 2, 3, 6, 7, 9, AND 13,<br><br>Plaintiffs,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities,<br><br>Defendants. | Civil Action No. 3:21-cv-15333-ZNQ-TJB<br><br>Civil Action<br><br>**NOTICE OF REQUEST TO WITHDRAW AS COUNSEL**<br><br>(Document Filed Electronically) |

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 102.1, Jennifer P. Montan of Faegre Drinker Biddle & Reath LLP, who previously noted her appearance on behalf of

1

Defendants Rutgers, The State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway in the above-captioned action (ECF No. 38), hereby requests the Court's permission to withdraw as attorney for Defendants Rutgers, The State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway.

**PLEASE TAKE FURTHER NOTICE THAT** Jeffrey S. Jacobson, Andrew B. Joseph, and W. Joshua Lattimore of Faegre Drinker Biddle & Reath LLP will remain as counsel to Defendants Rutgers, The State University of New Jersey, Board of Governors, Rutgers School of Biomedical and Health Sciences, Chancellor Brian L. Strom, and President Jonathan Holloway.

/s/ *Jeffrey S. Jacobson*
Jeffrey S. Jacobson
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000 (tel.)
(973) 360-9831 (fax)
Jeffrey.Jacobson@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*

/s/ *Jennifer P. Montan*
Jennifer P. Montan
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000 (tel.)
(973) 360-9831 (fax)
Jennifer.Montan@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey, et al.*

Dated: February 23, 2022

Dated: February 23, 2022

It is on this _____ day _____, 2022

SO ORDERED by

_____
Hon. Tonianne J. Bongiovanni

2