UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHILDREN'S HEALTH DEFENSE, INC., *et al.*,

Plaintiffs,

v.

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,

Defendants.

Civil Action No. 21-15333 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants. (the "Motion," ECF No. 39.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **22nd** day of **September 2022,**

**ORDERED** that Defendants' Motion (ECF No. 39) is hereby **GRANTED**; and it is further

**ORDERED** that the Complaint is DISMISSED WITH PREJUDICE; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE