UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, INC., PETER CORDI, RAELYNNE MILLER, KAYLA MATEO, ADRIANA PINTO, JAKE BOTHE, AND DOES 1-13,<br><br>*Plaintiffs*,<br><br>-against-<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, BOARD OF GOVERNORS, RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES, CHANCELLOR BRIAN L. STROM, PRESIDENT JONATHAN HOLLOWAY, in their official capacities.<br><br>*Defendants* | Case No. 3:21-cv-15333 (ZNQ-TJB)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Children's Health Defense, Inc., Peter Cordi, Raelynne Miller, Kayla Mateo, Adriana Pinto, Jake Bothe, Anthony Lamancusa, Jessica Moore, Ryan Sandor, Gianna Corallo, Ryan Farrell, Sebastian Blasi (formerly Doe 3), Maggie Horn (formerly Doe 6), Lindsay Mancini (formerly Doe 9), Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on September 22, 2022, dismissing the

First Amended Complaint (ECF No. 35) in accordance with the Decision and Order entered on September 22, 2022 (ECF Nos. 53 and 54).

Dated: October 19, 2022

GOMEZ LLC
ATTORNEY AT LAW

By:  *s/ Julio C. Gomez*
         Julio C. Gomez, Esq.

1451 Cooper Road
Scotch Plains, NJ 07076
Tel 908.789.1080
Fax 908.789.1081
jgomez@gomezllc.com

*Attorney for Plaintiffs*

## CERTIFICATION OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which shall forward a true and correct copy of same to all counsel and parties participating therein for this matter.


Dated: October 19, 2022                GOMEZ LLC
                                                              ATTORNEY AT LAW

                                                            By:  *s/ Julio C. Gomez*
                                                                                  Julio C. Gomez, Esq.