UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2970
_____

CHILDREN'S HEALTH DEFENSE, INC.; PETER CORDI;
RAELYNNE MILLER; KAYLA MATEO; ADRIANA PINTO;
JAKE BOTHE; ANTHONY LAMANCUSA; JESSICA MOORE;
RYAN SANDOR; GIANNA CORALLO; RYAN FARRELL;
SEBASTIAN BLASI; MAGGIE HORN; LINDSAY MANCINI,
Appellants

v.

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY;
BOARD OF GOVERNORS;
RUTGERS SCHOOL OF BIOMEDICAL AND HEALTH SCIENCES;
CHANCELLOR BRIAN L. STROM;
PRESIDENT JONATHAN HOLLOWAY, in their official capacities
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-21-cv-15333)
District Judge:  Honorable Zahid N. Quraishi
_____

Argued June 27, 2023

BEFORE: JORDAN, KRAUSE, and MONTGOMERY-REEVES, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record on appeal from the United States

District Court for the District of New Jersey and was argued on June 27, 2023.

On consideration whereof, it is hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on September 22, 2022, be and the same is hereby **AFFIRMED**. Costs shall be taxed against Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  February 15, 2024